UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 5:21-830 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **DELMAR DELONTA MITCHELL** | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about September 1, 2020, in the District of South Carolina, the Defendant, **DELMAR DELONTA MITCHELL**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Fabrinor, model Firestorm FS45, .45 caliber pistol, and .45 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

### FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **DELMAR DELONTA MITCHELL**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)  any firearms and ammunition (as defined in 18 U.S.C. § 921) –

  (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

### PROPERTY:

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

(a) Firearm:  Fabrinor, model Firestorm FS45, .45 caliber pistol with high-capacity magazine (Serial Number: 71-04-08090-01)

(b) Ammunition:  Miscellaneous rounds of .45 caliber ammunition

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c).

A True BILL

FOREPERSON

M. RHETT DeHART (eek)
ACTING UNITED STATES ATTORNEY

2